# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA L. B.,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 4:18-CV-5073-MKD<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**ECF Nos. 16, 17** |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 17) of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Christopher Brackett represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

    2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER - 1

On remand the administrative law judge (ALJ) shall: (1) offer Plaintiff the opportunity for a new hearing; (2) further evaluate the evidence from the Veteran's Administration and the opinion evidence from Plaintiff's treating and non-treating sources, including treating nurse practitioner Carolyn S. Pingle, N.P.; (3) re-evaluate Plaintiff's subjective complaints of symptoms and limitations; (4) evaluate the severity of Plaintiff's post-traumatic stress disorder, including considering Listing 12.15 at step three of the sequential evaluation; (4) as necessary, proceed with the sequential evaluation, including obtaining supplemental vocational evidence if needed; and (5) issue a new decision.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 16,** is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 24, 2018.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE