# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANGELA L. B.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 24, 2018**

SEAN F. McAVOY, CLERK

Civil Action No. 4:18-CV-5073-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand (ECF No. 17) is GRANTED. This case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405 (g). Plaintiff's Motion for Summary Judgment is stricken as moot. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on the parties' Stipulated Motion for Remand (ECF No. 17).

Date: October 24, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb